**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00390-CR**
_____

**JEREMY C. MACDONALD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 21-03-03529-CR**

_____

**ORDER**

Appointed counsel for the appellant, Jeremy C. MacDonald, filed a motion to withdraw because he will not be able to represent MacDonald after January 1, 2023. Accordingly, we abate this appeal and remand the cause to the trial court to consider counsel's motion to withdraw and appoint a new appellate attorney. A supplemental record, including any findings and orders and a transcription of any hearing held by the trial court, shall be filed with the Court of Appeals not later than thirty days from the date of this order. All appellate deadlines are tolled during the period of

abatement. The appeal will be reinstated without further order of this Court when the supplemental record is filed.

ORDER ENTERED December 15, 2022.

PER CURIAM

Before Golemon, C.J., Kreger and Horton, JJ.